No. 22-3510

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Michael Lindell, et al.,<br><br>Appellants,<br><br>v.<br><br>United States, et al.,<br><br>Appellees. | **Notice of Withdrawal of Counsel** |

PLEASE TAKE NOTICE, pursuant to Rule 27A of the Eighth Circuit Rules of Appellate Procedure, Andrew D. Parker of Parker Daniels Kibort LLC hereby withdraws as counsel of record for Appellants Michael Lindell and My Pillow, Inc. Patrick McSweeney of McSweeney, Cynkar & Kachouroff, PLLC, will remain as counsel for Appellants.

Dated: January 19, 2023   **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
  Andrew D. Parker (MN Bar No. 195042)
  888 Colwell Building
  123 N. Third Street
  Minneapolis, MN 55401
  Telephone: (612) 355-4100
  Facsimile: (612) 355-4101
  parker@parkerdk.com